SAO
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN M. PASQUALE, ESQ.**
Nevada Bar No. 15079
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
j.orr@bsnv.law
j.pasquale@bsnv.law
*Attorneys for Defendants,*
*99 CENTS ONLY STORES LLC and*
*MICHELLE TKACZ*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BETTY OUTLAW, an individual. | CASE NO.: 2:22-cv-01720-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS DEFENDANT MICHELLE TKACZ ONLY WITHOUT PREJUDICE** |
| 99 CENTS ONLY STORES LLC dba 99 CENTS ONLY STORE #211, a Foreign Limited Liability Company; MICHELLE TKACZ, an individual; DOE STORE EMPLOYEE, an individual; DOES I through XX; and ROE BUISNESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., JEFFREY J. ORR, ESQ., JUSTIN M. PASQUALE, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendants, 99 CENTS ONLY STORES LLC and MICHELLE TKACZ and MICHAEL T. NIXON, ESQ., of LADAH LAW FIRM, on behalf of Plaintiff, BETTY OUTLAW that Michelle Tkacz is to be dismissed without prejudice with all parties to bear their own fees and costs.

This dismissal with without prejudice. Should Plaintiff wish to bring Michelle Tkacz back into this matter as a Defendant, the parties agree that it will relate back to the original Complaint.

DATED this 26th day of May, 2023.         DATED this 1st day of June, 2023.

**BRANDON | SMERBER LAW FIRM**             **LADAH LAW FIRM**

*/s/ Jeffrey J. Orr*                       */s/ Michael Nixon*
**LEW BRANDON, JR., ESQ.**                 **MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 5880                        Nevada Bar No. 12839
**JEFFREY J. ORR, ESQ.**                   517 South Third Street
Nevada Bar No. 7854                        Las Vegas, NV 89101
**JUSTIN M. PASQUALE, ESQ.**               *Attorneys for Plaintiff,*
Nevada Bar No. 15079                       *BETTY OUTLAW*
139 E. Warm Springs Rd.
Las Vegas, NV 89119
*Attorneys for Defendants,*
*99 CENTS ONLY STORES LLC and*
*MICHELLE TKACZ*

<u>**BETTY OUTLAW V. 99 CENTS ONLY STORES, LLC**</u>
<u>*CASE NO.: 2:22-cv-01720-JCM-DJA*</u>

**IT IS SO ORDERED** that **MICHELLE TKACZ** to be dismissed without prejudice with all parties to bear their own fees and costs.

**IT IS FURTHER ORDERED**, should Plaintiff wish to bring Michelle Tkacz back into this matter as a Defendant, the parties agree that it will relate back to the original Complaint.

DATED June 2, 2023.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*
**BRANDON | SMERBER LAW FIRM**

*/s/ Jeffrey J. Orr*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN M. PASQUALE, ESQ.**
Nevada Bar No. 15079
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendants,*
*99 CENTS ONLY STORES LLC and*
*MICHELLE TKACZ*

**Meghan Allen**

| | |
|---|---|
| **From:** | Kavita Narh |
| **Sent:** | Thursday, June 1, 2023 12:28 PM |
| **To:** | Michael Nixon; Jeffrey Orr; Susan Lee |
| **Cc:** | Meghan Allen; Rachel Miles |
| **Subject:** | Re: Outlaw v. 99 Cents Stores |

Thank you, we will send out the final draft today

Thank you,

Kavita Narh, Paralegal
Brandon Smerber Law Firm
139 East Warm Springs Road
Las Vegas, Nevada 89119
Direct: (702) 849-0895
Tel: (702) 380-0007
Fax: (702) 380-2964

The information contained in the electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brandon Smerber Law Firm at (702) 380-0007 and permanently delete this communication immediately without making any copy or distribution.

**From:** Michael Nixon <mnixon@ladahlaw.com>
**Sent:** Thursday, June 1, 2023 12:04 PM
**To:** Kavita Narh <k.narh@bsnv.law>; Jeffrey Orr <j.orr@bsnv.law>; Susan Lee <s.lee@bsnv.law>
**Cc:** Meghan Allen <M.Allen@bsnv.law>; Rachel Miles <rachelm@ladahlaw.com>
**Subject:** RE: Outlaw v. 99 Cents Stores

You have approval.

Thank you.

Michael T. Nixon, Esq. ■ Attorney at Law



**Ladah Law Building ■ 517 South Third Street ■ Las Vegas, Nevada 89101**
**702.252.0055 (p) ■ 702.248.0055 (f) ■ www.ladahlaw.com**

The information in this e-mail is ATTORNEY PRIVILEGED AND CONFIDENTIAL, intended solely for use by the individual or entity named above. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

**From:** Kavita Narh <k.narh@bsnv.law>
**Sent:** Tuesday, May 30, 2023 8:39 AM
**To:** Jeffrey Orr <j.orr@bsnv.law>; Michael Nixon <mnixon@ladahlaw.com>; Susan Lee <s.lee@bsnv.law>
**Cc:** Meghan Allen <M.Allen@bsnv.law>; Rachel Miles <rachelm@ladahlaw.com>
**Subject:** Re: Outlaw v. 99 Cents Stores